**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 03-cv-2223-ABJ-BNB

BROADCAST INNOVATION, L.L.C., and IO RESEARCH PTY, LTD.,

        Plaintiffs,

v.

CHARTER COMMUNICATIONS, INC.,

        Defendant.

CHARTER COMMUNICATIONS, INC.,

        Counter-Plaintiff,

v.

BROADCAST INNOVATION, L.L.C., and IO RESEARCH PTY, LTD.,

        Counter-Defendants.

**ORDER SETTING TRIAL DATE**

The above-entitled matter comes before the Court upon the conclusion of a telephonic Scheduling Conference held on February 8, 2006, at 3:00 p.m. Mountain Standard Time, wherein the Court set the jury trial in this matter to commence on **September 11, 2006**, in Denver, Colorado, at the Alfred A. Arraj United States Courthouse.  Trial is expected to last ten (10) days.

The parties shall exchange and file an original and one copy of their proposed *voir dire* questions, jury instructions and special verdict forms no later than five (5) business days

prior to the commencement of trial. The proposed jury instructions and special verdict forms shall be submitted to the Clerk of Court in writing and on a 3 ½ inch diskette formatted for Word Perfect for Windows, as a single document entitled "Plaintiff's (or Defendant's) Proposed Instructions." The same shall be e-mailed to this Court's Chambers, at Linda_Burke@wyd.uscourts.gov, no later than the above-mentioned time.

Dated this 8th day of February, 2006.

/s/ Alan B. Johnson
ALAN B. JOHNSON
UNITED STATES DISTRICT JUDGE
SITTING BY DESIGNATION