IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **03-cv-2223-JLK**

**BROADCAST INNOVATION, L.L.C., and
IO RESEARCH PTY, LTD.**,

        Plaintiffs and Counter-Defendants,

v.

**CHARTER COMMUNICATIONS, INC.,**

        Defendant and Counter-Plaintiff.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

        The Motion to Withdraw Robert M. Harkins and John A. Scott as Counsel of Record for Charter (doc. #209), filed August 10, 2007, is GRANTED. Robert M. Harkins and John A. Scott are permitted to withdraw as counsel of record for Charter Communications, Inc.

Dated:  August 13, 2007