IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. 03-cv-02223-JLK-BNB

**BROADCAST INNOVATION, LLC, and,
IO RESEARCH PTY LTD.,**

        Plaintiffs and Counter-Defendants,

v.

**CHARTER COMMUNICATIONS, INC.,**

        Defendant and Counter-Plaintiff.

---

**ORDER**

---

Kane, J.

This matter is before me on three motions currently identified as pending on the docket for this stayed action. All were filed following the District Court's entry of summary judgment in favor of Defendant, a judgment that was subsequently overturned by the Federal Circuit. One of these motions, Plaintiffs' Motion to Strike Portions of Defendant Charter Communications' Bill of Costs (Doc. 170), is improperly listed as pending because it was decided by the Clerk's entry of a Bill of Costs (Doc. 177) on December 6, 2004. The other two motions, Defendants' Motion for Review of the Clerk's Taxation of Costs (Doc. 179) and Defendants' Motion for Attorneys' Fees (Doc. 167), were mooted by the Federal Circuit's reversal of the judgment on which they are based. Accordingly, these motions are DENIED without prejudice.

This matter shall remain stayed pending the decision of the United States Patent and Trademark Office on reexamination of U.S. Patent 6,076,094. The parties shall promptly

notify the Court of the PTO's decision, at which time a status conference will be set to determine how to proceed in this action. The status and procedure for resolving (if necessary) the parties' previously filed motions for summary judgment and for in limine relief will be determined at or following this conference.

IT IS SO ORDERED this 15th day of August, 2007.

BY THE COURT:

s/**John L. Kane**
Senior Judge, United States District Court