IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. 03-cv-02223-JLK-BNB

**BROADCAST INNOVATION, LLC, and,**
**IO RESEARCH PTY LTD.,**

        Plaintiffs and Counter-Defendants,

v.

**CHARTER COMMUNICATIONS, INC.,**

        Defendant and Counter-Plaintiff.

## ORDER TRANSFERRING CASE

Kane, J.

In the interest of judicial economy, and with the consent of the parties, this matter is transferred to Senior Judge Richard P. Matsch.

IT IS SO ORDERED this 28th day of August, 2007.

        BY THE COURT:

        *s/John L. Kane*
        Senior Judge, United States District Court