IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

**Civil Action No. 01-cv-02201-RPM**

BROADCAST INNOVATION, L.L.C.,

                Plaintiff/Counter-Defendant,

v.

ECHOSTAR COMMUNICATIONS CORP.,

                Defendant/Counter-Plaintiff.
_____

**Civil Action No. 03-cv-02223-RPM**

BROADCAST INNOVATION, L.L.C., and
10 RESEARCH PTY LTD.,

                Plaintiffs/Counter-Defendants,

v.

CHARTER COMMUNICATIONS, INC.,

                Defendant/Counter-Plaintiff.
_____

ORDER TO SET STATUS CONFERENCE
_____

Civil Action No. 01-cv-02201-RPM, *Broadcast Innovation, L.L.C., v. Echostar Communications Corp.,* has been stayed pending an appeal from the initial office action by the USPTO on December 4, 2007. Civil Action No. 03-cv-02223-RPM, *Broadcast Innovation, L.L.C., v. Charter Communications, Inc.,* has been stayed pursuant to a Notice of Automatic Stay, filed March 30, 2009, based on bankruptcy proceedings in the United States Bankruptcy Court for the Southern District of New York. There are motions pending in the Echostar Communications Corp. action since 2002 and there

has been no indication of any effort by Broadcast Innovation to seek relief from the Bankruptcy Court to pursue this litigation.  The viability of these two civil actions seems questionable and, accordingly, it is

ORDERED that a status conference will be scheduled with counsel in both civil actions to discuss these cases.

DATED: July 15th, 2010

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge