IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

**Civil Action No. 01-cv-02201-RPM**

BROADCAST INNOVATION, L.L.C.,

    Plaintiff/Counter-Defendant,

v.

ECHOSTAR COMMUNICATIONS CORP.,

    Defendant/Counter-Plaintiff.
_____

**Civil Action No. 03-cv-02223-RPM**

BROADCAST INNOVATION, L.L.C., and
10 RESEARCH PTY LTD.,

    Plaintiffs/Counter-Defendants,

v.

CHARTER COMMUNICATIONS, INC.,

    Defendant/Counter-Plaintiff.

_____

ORDER VACATING ORDER TO SET STATUS CONFERENCE
_____

  Pursuant to the Joint Status Report filed by the parties on July 29, 2010, and to continue the stay in this matter pending determination of the appeal before the Board of Patent Appeals and Interferences, it is

  ORDERED that the order to schedule status conference, entered July 15, 2010, is vacated.

  DATED: August 12th, 2010

          BY THE COURT:

          s/Richard P. Matsch
          _____
          Richard P. Matsch, Senior Judge