IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

**Civil Action No. 03-cv-02223-RPM**

BROADCAST INNOVATION, L.L.C., and
10 RESEARCH PTY LTD.,

        Plaintiffs/Counter-Defendants,

v.

CHARTER COMMUNICATIONS, INC.,

        Defendant/Counter-Plaintiff.

_____

### ORDER FOR DISMISSAL
_____

    Pursuant to the stipulation for dismissal [232] filed February 2, 2012, it is

    ORDERED that this action is dismissed with prejudice, each party to bear their own costs and attorneys' fees.

    DATED:   February 2nd, 2012

                                      BY THE COURT:

                                      s/Richard P. Matsch

                                      _____
                                      Richard P. Matsch, Senior Judge